

# Fourth Court of Appeals
## San Antonio, Texas

October 11, 2019

No. 04-19-00700-CV

**IN RE IMPLICITY MANAGEMENT COMPANY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
              Patricia O. Alvarez, Justice
              Irene Rios, Justice

On October 10, 2019, relator filed a petition for writ of mandamus and an emergency motion to stay litigation pending final resolution of the petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **no later than October 29, 2019.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for a stay is GRANTED IN PART and DENIED IN PART. The trial court's September 16, 2019 "Order on Defendant, American Risk Insurance Company's Second Amended Motion to Compel and For Sanctions" is STAYED pending final resolution of the petition for writ of mandamus. The trial court's hearing scheduled for October 14, 2019 on (1) relator's motion to quash the subject depositions and (2) the real party in interest's motion to enforce the taking of the subject depositions and for sanctions is STAYED pending final resolution of the petition for writ of mandamus. Relator's request to stay all trial court proceedings in the underlying case is DENIED.

It is so **ORDERED** on October 11, 2019.

**PER CURIAM**

ATTESTED TO: _Luz Estrada_
                         Luz Estrada
                         Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2016CI11019, styled *Implicity Management Company v. American Risk Insurance Co., Inc.*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Cathleen M. Stryker presiding.